PATRICK DOHERTY, as Treasurer of Compressed Air, Foundation, Caisson, Tunnel, Subway, Sewer, Cofferdam Construction Local Union No. 147 of New York, New Jersey States and Vicinities, et al. v. JOSEPH V. MORESCHI, Individually and as President of International Hod Carriers', Building and Common Laborers' Union of America, et al.— Motion by defendants-appellants for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 996.]

PATRICK DOHERTY, as Treasurer of Compressed Air Foundation, Caisson, Tunnel, Subway, Sewer, Cofferdam Construction Local Union No. 147 of New York, New Jersey States and Vicinities, et al. v. JOSEPH V. MORESCHI, Individually and as President of International Hod Carriers', Building and Common Laborers' Union of America, et al.— Motion by plaintiffs for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 996.]

JOHN J. MILLER et al. v. JOSEPH V. MORESCHI, as President of International Hod Carriers', Building and Common Laborers' Union of America, et al.— Motion by defendants-appellants for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 996.]

DONALD FLAMM v. EDWARD J. NOBLE.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 994.]

MISS SUSAN, INC., et al. v. ENTERPRISE & CENTURY UNDERGARMENT CO., INC.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante,* p. 747.]

MORRIS W. TAUB et al. v. JOSEPHINE G. BRAUN.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 930.]

CITY OF NEW YORK v. TERMINAL BAG AND BURLAP CORPORATION and "JOHN DOE" et al.— The decision of the Court of Appeals in *A. E. F.'s, Inc.,* v. *City of New York* (295 N. Y. 381), while holding the complaint therein sufficient also held that the concessions involved were wharf property within the statute (L. 1945, ch. 314). By comparison the premises here are clearly wharf property and likewise within the exception in the statute. Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs and stay vacated. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 932.]

JOHN B. NAVARRO v. JOHN R. FIORITA.— Motion for leave to appeal to the Court of Appeals granted. Question certified. Motion for reargument denied. Present — Martin, P. J., Townley, Dore, Cohn and Peck, JJ. [See 271 App. Div. 62.]

In the Matter of the Arbitration between FEUER TRANSPORTATION, INC., and LOCAL UNION No. 445, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 994.]

In the Matter of the Petition of EDNA N. SCHWARZ to Declare Vacant the Trusteeship of KABUSHIKI KAISHA MITSUI GINKO (in English, The MITSUI BANK, LIMITED), as Trustee under an Indenture of Trust between It and TOKYO DENTO KABUSHIKI KAISHA (in English, TOKYO ELECTRIC LIGHT COM-